```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

CLINTON PARKS, Individually,

    Plaintiff,

v.                                    Case No:  2:20-cv-189-FtM-29NPM

ROCHESTER RESORTS, INC,

    Defendant.

## ORDER

This matter comes before the Court on the parties' Stipulation for Voluntary Dismissal With Prejudice (Doc. #21) filed on September 14, 2020. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __14th__ day of September, 2020.

                                              JOHN E. STEELE
                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record